**Order entered April 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01147-CR

### STEVEN TROY TILLERY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82576-2017**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. On April 19, 2018, we received the supplemental clerk's record containing the trial court's findings and recommendations. We **ADOPT** the findings that (1) appellant is indigent and desires to prosecute this appeal, (2) appellant is represented by counsel Mitchell Nolte who has not abandoned the appeal but had family issues that have prevented him from completing the brief, and (3) counsel is requesting thirty days in which to finish the brief.

We **ORDER** appellant's brief due on or before **MAY 21, 2018.**

/s/     CRAIG STODDART
        JUSTICE